# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MARY BETH FELTY, et al.**

    Plaintiffs,

**vs.**                                           **Case No. 4:09-cv-00019-MPM-DAS**

**HWCC-TUNICA, INC.**

    Defendant.

## ORDER EXTENDING CASE MANAGEMENT ORDER DEADLINES

Upon Joint Motion of the Parties and for good cause shown, it is hereby ORDERED that the Case Management Order deadlines be extended as follows:

    Discovery deadline:                 November 24, 2010

    Dispositive motions deadline:     December 8, 2010

ORDERED, this the 13th day of October, 2010.

                                                             /s/ David A. Sanders
                                                             U.S. MAGISTRATE JUDGE

SUBMITTED BY:

PAUL E. PRATHER (TN Bar No. 10089)
CRAIG A. COWART (MS Bar No. 10089)
R. ALEX BOALS (TN Bar No. 22682)
KIESEWETTER WISE KAPLAN PRATHER, PLC
3725 CHAMPION HILLS DRIVE, SUITE 3000
MEMPHIS, TN 38125
Tel: (901) 795-6695
Fax: (901) 795-1646
pprather@kiesewetterwise.com
ccowart@kiesewetterwise.com
aboals@kiesewetterwise.com

ATTORNEYS FOR DEFENDANT


RON L. WOODRUFF (MS Bar No. 10039)
WAIDE & ASSOCIATES, P.A.
Post Office Box 1357
Tupelo, MS 38802
Tel: (662) 842-7324
Fax: (662) 842-8056
waide@waidelaw.com

ATTORNEYS FOR PLAINTIFFS